C. YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
1055 West 7th Street, Suite 2280
Los Angeles, CA 90017
Tel: 213-688-2001
Fax: 213-688-2002

Attorney for Plaintiff, GOLD VALUE INTERNATIONAL TEXTILE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., d/b/a FIESTA FABRIC, a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>WEST 36TH CORP., a California Corporation; DONG SOOK OK, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-07898 PA (JCx)<br><br>**ORDER RE:   STIPULATION TO DISMISS**<br><br>Hon. Percy Anderson, Judge   Presiding |

# ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED.

(1) all Counts set forth in Plaintiff's First Amended Complaint are hereby dismissed with prejudice;

(2) each side shall bear its own fees and costs;

(3) all Motions and Trial dates are vacated; and

(4) ~~this Court shall retain jurisdiction until January 6, 2017 to reopen the case or enforce the confidential settlement agreement entered into by Plaintiff and Defendants on September 26, 2016, to which the parties agreed to be bound.~~

Dated: September 28, 2016

_____
The Honorable Percy Anderson
United States District Court Judge